■    IONA R. AXON, Respondent, v ELZA W. AXON, JR., Appellant.—The respective attorneys for the parties on this appeal from an order of the Supreme Court, Westchester County, entered November 14, 1975, have agreed, after a conference which was scheduled before Mr. Justice Gittleson on December 11, 1975, that the appeal be withdrawn, and they thereupon signed a stipulation which, *inter alia,* so provided. In accordance with the foregoing, the appeal is deemed withdrawn, without costs, and it is ordered that the case proceed to trial on January 8, 1976, upon filing a note of issue and statement of readiness. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.

■    JOSEPH PAVAN, Appellant, v PHOEBE E. PAVAN, Respondent.—The respective attorneys for the parties to this appeal from an order of the Supreme Court, Suffolk County, entered November 7, 1975, have agreed, after a conference in this court before Mr. Justice Gittleson on December 15, 1975, that the appeal be withdrawn, and they thereupon signed a stipulation to such effect and including other provisions. In accordance with the foregoing, the appeal is deemed withdrawn, without costs; it is ordered that the case proceed to trial on January 19, 1976; and the trial court shall consider the question of arrears as of October 31, 1975. Gulotta, P. J., Rabin, Hopkins, Martuscello and Latham, JJ., concur.

## (December 17, 1975)

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ALLEN, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered July 27, 1973, convicting him of robbery in the second degree, upon his plea of guilty, and imposing sentence. By a prior order of this court, dated March 31, 1975, the case was remitted to Criminal Term to hear and report on the issue of the alleged denial of the defendant's right to a speedy trial, and the appeal was held in abeyance in the interim. Such further hearing has been held and the report received. Judgment affirmed. No opinion. Latham, Acting P. J., Cohalan, Christ, Brennan and Shapiro, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOSSIE LEE HOLLAND, Appellant.—Judgment of the County Court, Nassau County, rendered January 17, 1975, affirmed. No opinion. The case is remitted to the County Court, Nassau County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Hopkins, Acting P. J., Cohalan, Christ, Munder and Shapiro, JJ., concur.